JOHN A. LIPOWSKI, ESQ.
60 WASHINGTON STREET
PO BOX 204
MORRISTOWN, NJ  07963-0204

| Re: | ANN MARIE WILLIAMS | Atty: | JOHN A. LIPOWSKI, ESQ. |
|---|---|---|---|
| | QUINCY MARCUS WILLIAMS | | 60 WASHINGTON STREET |
| | 153 SOUTH GROVE STREET | | PO BOX 204 |
| | EAST ORANGE,  NJ  07018 | | MORRISTOWN, NJ  07963-0204 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 22-19548

## RECEIPTS AS OF 01/13/2023  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/30/2022 | $2,372.00 | 1783000306 | | | |

**Total Receipts: $2,372.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,372.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023  (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 130.46 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA | UNSECURED | 23,297.15 | 0.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 13,520.15 | 0.00% | 0.00 | 0.00 |
| 0004 | BARCLAY'S BANK DELAWARE/JETBLUE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | CAPITAL ONE BANK, (USA), N.A. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | CITIBANK, N.A. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | CITIBANK, N.A./SEARS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | FIRST PREMIER BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | HOME DEPOT/CBNA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | JPMORGAN CHASE BANK NA | UNSECURED | 2,051.76 | 0.00% | 0.00 | 0.00 |
| 0012 | MACY'S/DEPARTMENT STORES NATIONA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | MERCEDES-BENZ CREDIT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | OKLAHOMA STUDENT LOAN AUTHORITY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | ROCKET MORTGAGE LLC | MORTGAGE ARRE | 16,450.25 | 100.00% | 0.00 | 0.00 |
| 0016 | SUMMIT MEDICAL GROUP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | LVNV FUNDING LLC | UNSECURED | 441.12 | 0.00% | 0.00 | 0.00 |
| 0018 | SYNCHRONY BANK/OLD NAVY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-19548**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0019 | TRUDY M. BURKE, D.M.D. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | TRUIST BANK | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | US DEPARTMENT OF HOUSING AND URB | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | WELLS FARGO CARD SERVICES/DILLARI | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0026 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0027 | BANK OF AMERICA, N.A./AMERICAN EXI | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0028 | BARCLAY'S BANK DELAWARE/JETBLUE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0029 | HOME DEPOT/CBNA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0030 | MACY'S/DEPARTMENT STORES NATIONA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0031 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 45,092.23 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $130.46**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $2,372.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $130.46    =    Funds on Hand: $2,241.54

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.