Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−19548−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ann Marie WILLIAMS
153 South Grove Street
East Orange, NJ 07018

Quincy Marcus WILLIAMS
153 South Grove Street
East Orange, NJ 07018

Social Security No.:
xxx−xx−4450

xxx−xx−8151

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 1, 2023.


Dated: February 1, 2023
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19548-RG |
| Ann Marie WILLIAMS | Chapter 13 |
| Quincy Marcus WILLIAMS | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 01, 2023 | Form ID: plncf13 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ann Marie WILLIAMS, Quincy Marcus WILLIAMS, 153 South Grove Street, East Orange, NJ 07018-4161 |
| 519782133 | | Bank of America, N.A./American Express, PO Box 15025, Wilmington, DE 19886-5025 |
| 519782138 | + | Capital One Bank, (USA), N.A., Attn. Lyons, Doughty and Veldhuis, P.C., 136 Gaitheer Drive, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519782150 | + | Summit Medical Group, 1 Diamond Hill Road, Berkeley Heights, NJ 07922-2104 |
| 519782153 | + | Trudy M. Burke, D.M.D., 1949 Westfield Avenue, Scotch Plains, NJ 07076-1717 |
| 519782154 | + | Truist Bank, 2075 Pennington Road, Ewing, NJ 08618-1108 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 01 2023 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 01 2023 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 01 2023 21:11:09 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519782130 | + | Email/Text: bankruptcycare@affinityfcu.com | Feb 01 2023 21:04:00 | Affinity Federal Credit Union, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 519782132 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 01 2023 21:03:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 519794107 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 01 2023 21:03:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519782135 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 01 2023 21:04:00 | Barclay's Bank Delaware/JetBlue, 100 South West Street, Wilmington, DE 19801-5015 |
| 519782137 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 01 2023 21:11:33 | Capital One Bank (USA), N.A., Attn. Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519782139 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 01 2023 21:11:17 | Citibank, N.A., PO Box 790110, Saint Louis, MO 63179-0110 |
| 519820779 | | Email/Text: bnc-quantum@quantum3group.com | Feb 01 2023 21:04:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519782140 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 01 2023 21:11:15 | Citibank, N.A./Sears, PO Box 790110, Saint Louis, MO 63179-0110 |
| 519782145 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 01 2023 21:11:39 | Macy's/Department Stores National Bank, Bankruptcy Processing, PO Box 8053, Mason, OH |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 45040 |
| 519782141 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 01 2023 21:11:11 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 519782142 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 01 2023 21:11:14 | Home Depot/CBNA, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519782144 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 01 2023 21:11:20 | JPMorgan Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 519798194 | + | Email/Text: RASEBN@raslg.com | Feb 01 2023 21:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519802404 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 01 2023 21:11:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519782147 | + | Email/Text: M74banko@mercedes-benz.com | Feb 01 2023 21:04:00 | Mercedes-Benz Credit, PO Box 685, Roanoke, TX 76262-0685 |
| 519791211 | | Email/Text: bankruptcydocs@osla.org | Feb 01 2023 21:04:00 | OSLA on behalf of US Dept of ED Direct Loans, OSLA Student Loan Servicing, P.O. Box 18475, Oklahoma City, OK 73154 |
| 519782148 | | Email/Text: bankruptcydocs@osla.org | Feb 01 2023 21:04:00 | Oklahoma Student Loan Authority, 525 Central Park Drive, Suite 600, Oklahoma City, OK 73105 |
| 519782149 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 01 2023 21:05:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519811162 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 01 2023 21:05:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519783289 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 01 2023 21:11:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519782151 | | Email/PDF: gecsedi@recoverycorp.com | Feb 01 2023 21:11:11 | Synchrony Bank/Amazon, Attn. Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 519782152 | | Email/PDF: gecsedi@recoverycorp.com | Feb 01 2023 21:11:10 | Synchrony Bank/Old Navy, Attn. Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 519782155 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 01 2023 21:11:24 | U.S. Department of Housing and Urban Dev, 451 7th Street S.W., Washington, DC 20410-0002 |
| 519784070 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 01 2023 21:11:24 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519821990 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 01 2023 21:11:35 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519821856 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 01 2023 21:11:09 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519782156 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 01 2023 21:11:23 | Wells Fargo Card Services/Dillards, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519782131 | *+ | Affinity Federal Credit Union, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 519782134 | * | Bank of America, N.A./American Express, PO Box 15025, Wilmington, DE 19886-5025 |
| 519782136 | *+ | Barclay's Bank Delaware/JetBlue, 100 South West Street, Wilmington, DE 19801-5015 |
| 519782146 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's/Department Stores National Bank, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 01, 2023 | Form ID: plncf13 | Total Noticed: 36

519782143          *+          Home Depot/CBNA, PO Box 790328, Saint Louis, MO 63179-0328

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John A. Lipowski | on behalf of Joint Debtor Quincy Marcus WILLIAMS jal1001@aol.com |
| John A. Lipowski | on behalf of Debtor Ann Marie WILLIAMS jal1001@aol.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5