JOHN A. LIPOWSKI, ESQ.
60 WASHINGTON STREET
PO BOX 204
MORRISTOWN, NJ  07963-0204

Re:  ANN MARIE WILLIAMS
     QUINCY MARCUS WILLIAMS
     153 SOUTH GROVE STREET
     EAST ORANGE,  NJ  07018

Atty:  JOHN A. LIPOWSKI, ESQ.
       60 WASHINGTON STREET
       PO BOX 204
       MORRISTOWN, NJ  07963-0204

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 22-19548

## RECEIPTS AS OF 01/01/2024   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 12/30/2022 | $2,372.00 | 1783000306 | 01/23/2023 | $2,372.00 | 8951069000 |
| 02/21/2023 | $2,372.00 | 9007010000 | 03/23/2023 | $2,372.00 | 9069491000 |
| 05/02/2023 | $2,372.00 | 9145309000 | 05/19/2023 | $2,372.00 | 9175721000 |
| 07/07/2023 | $2,372.00 | 9262972000 | 08/23/2023 | $2,372.00 | 9342289000 |
| 09/18/2023 | $2,372.00 | 9384296000 | 10/16/2023 | $2,372.00 | 9432832000 |
| 11/14/2023 | $2,372.00 | 9482396000 | 12/08/2023 | $2,372.00 | 9524097000 |

**Total Receipts: $28,464.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $28,464.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|--|------|--------|---------|
| BANK OF AMERICA | | | | | | | |
| | 11/13/2023 | $179.48 | 919,074 | | 11/13/2023 | $104.16 | 919,074 |
| | 12/11/2023 | $672.96 | 920,497 | | 12/11/2023 | $390.54 | 920,497 |
| CITIBANK NA | | | | | | | |
| | 11/13/2023 | $40.35 | 918,724 | | 11/13/2023 | $37.73 | 918,724 |
| | 12/11/2023 | $151.29 | 920,157 | | 12/11/2023 | $141.46 | 920,157 |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 11/13/2023 | $15.81 | 918,808 | | 12/11/2023 | $59.26 | 920,230 |
| LVNV FUNDING LLC | | | | | | | |
| | 11/13/2023 | $5.96 | 919,401 | | 12/11/2023 | $16.14 | 920,797 |
| | 12/11/2023 | $22.36 | 920,797 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 11/13/2023 | $36.62 | 8,003,806 | | 11/13/2023 | $33.31 | 8,003,806 |
| | 11/13/2023 | $24.13 | 8,003,806 | | 12/11/2023 | $137.32 | 8,003,859 |
| | 12/11/2023 | $124.92 | 8,003,859 | | 12/11/2023 | $90.48 | 8,003,859 |

**Chapter 13 Case # 22-19548**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ROCKET MORTGAGE LLC | | | | | | | |
| | 03/13/2023 | $1,460.08 | 906,823 | | 04/17/2023 | $2,241.54 | 908,392 |
| | 05/15/2023 | $2,241.54 | 910,021 | | 06/12/2023 | $2,217.82 | 911,474 |
| | 07/17/2023 | $2,217.82 | 912,985 | | 08/14/2023 | $2,217.82 | 914,503 |
| | 10/16/2023 | $2,217.82 | 917,494 | | 11/13/2023 | $1,635.81 | 918,911 |
| SYNCHRONY BANK BY AIS INFOSOURCE LP | | | | | | | |
| | 11/13/2023 | $72.07 | 918,978 | | 12/11/2023 | $270.22 | 920,398 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 12/11/2023 | $5.74 | 920,215 | | | | |
| WELLS FARGO BANK NA | | | | | | | |
| | 11/13/2023 | $26.81 | 919,959 | | 12/11/2023 | $100.54 | 921,359 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,051.78 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,023.00 | 100.00% | 3,023.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA | UNSECURED | 23,297.15 | 100.00% | 2,198.36 | 21,098.79 |
| 0003 | BANK OF AMERICA | UNSECURED | 13,520.15 | 100.00% | 1,275.79 | 12,244.36 |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,753.68 | 100.00% | 448.57 | 4,305.11 |
| 0005 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | CAPITAL ONE BANK, (USA), N.A. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | LVNV FUNDING LLC | UNSECURED | 773.82 | 100.00% | 73.02 | 700.80 |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 125.70 | 100.00% | 11.86 | 113.84 |
| 0009 | FIRST PREMIER BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | HOME DEPOT/CBNA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | JPMORGAN CHASE BANK NA | UNSECURED | 2,051.76 | 100.00% | 193.61 | 1,858.15 |
| 0012 | CITIBANK NA | UNSECURED | 5,237.64 | 100.00% | 494.23 | 4,743.41 |
| 0013 | MERCEDES-BENZ CREDIT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | OKLAHOMA STUDENT LOAN AUTHORITY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | ROCKET MORTGAGE LLC | MORTGAGE ARRI | 16,450.25 | 100.00% | 16,450.25 | 0.00 |
| 0016 | SUMMIT MEDICAL GROUP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | LVNV FUNDING LLC | UNSECURED | 441.12 | 100.00% | 41.62 | 399.50 |
| 0018 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 9,354.74 | 100.00% | 882.73 | 8,472.01 |
| 0019 | TRUDY M. BURKE, D.M.D. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | TRUIST BANK | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | US DEPARTMENT OF HOUSING AND URB | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | WELLS FARGO BANK NA | UNSECURED | 3,480.54 | 100.00% | 328.43 | 3,152.11 |
| 0026 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | BANK OF AMERICA, N.A./AMERICAN EXI | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,324.33 | 100.00% | 408.05 | 3,916.28 |
| 0029 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,132.26 | 100.00% | 295.56 | 2,836.70 |
| 0030 | CITIBANK NA | UNSECURED | 4,897.22 | 100.00% | 462.11 | 4,435.11 |
| 0031 | AIDVANTAGE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 156.74 | 100.00% | 14.79 | 141.95 |

**Total Paid:  $28,653.76**

See Summary

**Chapter 13 Case # 22-19548**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $28,464.00          -     Paid to Claims: $23,578.98     -     Admin Costs Paid: $5,074.78     =     Funds on Hand: $2,182.24

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.