JOHN A. LIPOWSKI, ESQ.
60 WASHINGTON STREET
PO BOX 204
MORRISTOWN, NJ  07963-0204


Re:  ANN MARIE WILLIAMS                                   Atty:  JOHN A. LIPOWSKI, ESQ.
     QUINCY MARCUS WILLIAMS                                      60 WASHINGTON STREET
     153 SOUTH GROVE STREET                                      PO BOX 204
     EAST ORANGE,  NJ  07018                                     MORRISTOWN, NJ  07963-0204


# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025**
Chapter 13 Case # 22-19548

## RECEIPTS AS OF 01/01/2025                                   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/30/2022 | $2,372.00 | 1783000306 | 01/23/2023 | $2,372.00 | 8951069000 |
| 02/21/2023 | $2,372.00 | 9007010000 | 03/23/2023 | $2,372.00 | 9069491000 |
| 05/02/2023 | $2,372.00 | 9145309000 | 05/19/2023 | $2,372.00 | 9175721000 |
| 07/07/2023 | $2,372.00 | 9262972000 | 08/23/2023 | $2,372.00 | 9342289000 |
| 09/18/2023 | $2,372.00 | 9384296000 | 10/16/2023 | $2,372.00 | 9432832000 |
| 11/14/2023 | $2,372.00 | 9482396000 | 12/08/2023 | $2,372.00 | 9524097000 |
| 01/11/2024 | $2,372.00 | 9578276000 | 02/06/2024 | $2,372.00 | 9620742000 |
| 03/14/2024 | $2,372.00 | 9683342000 | 04/09/2024 | $2,372.00 | 9727082000 |
| 05/13/2024 | $2,372.00 | 9780991000 | 06/10/2024 | $2,372.00 | 9825287000 |
| 07/05/2024 | $2,372.00 | 9867096000 | 07/19/2024 | $2,372.00 | 9889556000 |
| 09/03/2024 | $2,372.00 | 9958998000 | 09/26/2024 | $2,372.00 | 9996165000 |
| 10/15/2024 | $2,372.00 | 1002509000 | 12/09/2024 | $2,372.00 | 1010987400 |

**Total Receipts: $56,928.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $56,928.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025                 (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | | |
| | 11/13/2023 | $179.48 | 919,074 | | 11/13/2023 | $104.16 | 919,074 |
| | 12/11/2023 | $672.96 | 920,497 | | 12/11/2023 | $390.54 | 920,497 |
| | 01/08/2024 | $1,345.92 | 921,880 | | 01/08/2024 | $781.09 | 921,880 |
| | 02/12/2024 | $672.96 | 923,228 | | 02/12/2024 | $390.54 | 923,228 |
| | 03/11/2024 | $672.96 | 924,685 | | 03/11/2024 | $390.54 | 924,685 |
| | 04/15/2024 | $672.95 | 926,114 | | 04/15/2024 | $390.54 | 926,114 |
| | 05/10/2024 | $672.96 | 927,591 | | 05/10/2024 | $390.54 | 927,591 |
| | 06/17/2024 | $672.94 | 928,993 | | 06/17/2024 | $390.53 | 928,993 |
| | 07/15/2024 | $672.99 | 930,480 | | 07/15/2024 | $390.56 | 930,480 |
| | 08/19/2024 | $1,389.81 | 931,890 | | 08/19/2024 | $806.55 | 931,890 |
| | 10/21/2024 | $694.91 | 934,752 | | 10/21/2024 | $403.28 | 934,752 |
| | 11/18/2024 | $1,382.50 | 936,238 | | 11/18/2024 | $802.31 | 936,238 |

**Chapter 13 Case # 22-19548**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CITIBANK NA | | | | | | | |
| | 11/13/2023 | $37.73 | 918,724 | | 11/13/2023 | $40.35 | 918,724 |
| | 12/11/2023 | $151.29 | 920,157 | | 12/11/2023 | $141.46 | 920,157 |
| | 01/08/2024 | $302.59 | 921,563 | | 01/08/2024 | $282.92 | 921,563 |
| | 02/12/2024 | $151.29 | 922,889 | | 02/12/2024 | $141.46 | 922,889 |
| | 03/11/2024 | $151.29 | 924,355 | | 03/11/2024 | $141.46 | 924,355 |
| | 04/15/2024 | $141.46 | 925,769 | | 04/15/2024 | $151.31 | 925,769 |
| | 05/10/2024 | $151.29 | 927,269 | | 05/10/2024 | $141.46 | 927,269 |
| | 06/17/2024 | $151.29 | 928,629 | | 06/17/2024 | $141.49 | 928,629 |
| | 07/15/2024 | $151.30 | 930,143 | | 07/15/2024 | $141.42 | 930,143 |
| | 08/19/2024 | $292.17 | 931,536 | | 08/19/2024 | $312.46 | 931,536 |
| | 10/21/2024 | $156.23 | 934,387 | | 10/21/2024 | $146.06 | 934,387 |
| | 11/18/2024 | $310.81 | 935,879 | | 11/18/2024 | $290.61 | 935,879 |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 11/13/2023 | $15.81 | 918,808 | | 12/11/2023 | $59.26 | 920,230 |
| | 01/08/2024 | $118.54 | 921,628 | | 02/12/2024 | $59.27 | 922,956 |
| | 03/11/2024 | $59.27 | 924,421 | | 04/15/2024 | $59.26 | 925,835 |
| | 05/10/2024 | $59.27 | 927,328 | | 06/17/2024 | $59.27 | 928,700 |
| | 07/15/2024 | $59.26 | 930,202 | | 08/19/2024 | $122.40 | 931,599 |
| | 10/21/2024 | $61.19 | 934,443 | | 11/18/2024 | $121.76 | 935,934 |
| LVNV FUNDING LLC | | | | | | | |
| | 11/13/2023 | $5.96 | 919,401 | | 12/11/2023 | $16.14 | 920,797 |
| | 12/11/2023 | $22.36 | 920,797 | | 01/08/2024 | $44.70 | 922,185 |
| | 01/08/2024 | $25.48 | 922,185 | | 02/12/2024 | $22.35 | 923,558 |
| | 02/12/2024 | $12.74 | 923,558 | | 03/11/2024 | $22.35 | 924,992 |
| | 03/11/2024 | $12.75 | 924,992 | | 04/15/2024 | $22.35 | 926,454 |
| | 04/15/2024 | $12.74 | 926,454 | | 05/10/2024 | $22.36 | 927,894 |
| | 05/10/2024 | $12.74 | 927,894 | | 06/17/2024 | $22.35 | 929,338 |
| | 06/17/2024 | $12.75 | 929,338 | | 07/15/2024 | $22.36 | 930,779 |
| | 07/15/2024 | $12.74 | 930,779 | | 08/19/2024 | $26.32 | 932,225 |
| | 08/19/2024 | $46.16 | 932,225 | | 10/21/2024 | $23.08 | 935,086 |
| | 10/21/2024 | $13.15 | 935,086 | | 11/18/2024 | $26.18 | 936,544 |
| | 11/18/2024 | $45.92 | 936,544 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 11/13/2023 | $36.62 | 8,003,806 | | 11/13/2023 | $33.31 | 8,003,806 |
| | 11/13/2023 | $24.13 | 8,003,806 | | 12/11/2023 | $137.32 | 8,003,859 |
| | 12/11/2023 | $124.92 | 8,003,859 | | 12/11/2023 | $90.48 | 8,003,859 |
| | 01/08/2024 | $11.86 | 8,003,906 | | 01/08/2024 | $274.63 | 8,003,906 |
| | 01/08/2024 | $249.82 | 8,003,906 | | 01/08/2024 | $180.95 | 8,003,906 |
| | 02/12/2024 | $137.31 | 8,003,947 | | 02/12/2024 | $124.91 | 8,003,947 |
| | 02/12/2024 | $90.48 | 8,003,947 | | 03/11/2024 | $137.31 | 8,003,991 |
| | 03/11/2024 | $7.26 | 8,003,991 | | 03/11/2024 | $124.91 | 8,003,991 |
| | 03/11/2024 | $90.48 | 8,003,991 | | 04/15/2024 | $124.92 | 8,004,035 |
| | 04/15/2024 | $90.48 | 8,004,035 | | 04/15/2024 | $137.32 | 8,004,035 |
| | 05/10/2024 | $137.31 | 8,004,082 | | 05/10/2024 | $7.26 | 8,004,082 |
| | 05/10/2024 | $124.91 | 8,004,082 | | 05/10/2024 | $90.48 | 8,004,082 |
| | 06/17/2024 | $137.33 | 8,004,126 | | 06/17/2024 | $124.91 | 8,004,126 |
| | 06/17/2024 | $90.48 | 8,004,126 | | 07/15/2024 | $137.30 | 8,004,169 |
| | 07/15/2024 | $7.27 | 8,004,169 | | 07/15/2024 | $124.92 | 8,004,169 |
| | 07/15/2024 | $90.47 | 8,004,169 | | 08/19/2024 | $257.96 | 8,004,210 |
| | 08/19/2024 | $186.87 | 8,004,210 | | 08/19/2024 | $7.50 | 8,004,210 |
| | 08/19/2024 | $283.59 | 8,004,210 | | 10/21/2024 | $141.79 | 8,004,295 |
| | 10/21/2024 | $129.00 | 8,004,295 | | 10/21/2024 | $93.42 | 8,004,295 |
| | 11/18/2024 | $11.21 | 8,004,336 | | 11/18/2024 | $282.09 | 8,004,336 |
| | 11/18/2024 | $256.61 | 8,004,336 | | 11/18/2024 | $185.87 | 8,004,336 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ROCKET MORTGAGE LLC | | | | | | | |
| | 03/13/2023 | $1,460.08 | 906,823 | | 04/17/2023 | $2,241.54 | 908,392 |
| | 05/15/2023 | $2,241.54 | 910,021 | | 06/12/2023 | $2,217.82 | 911,474 |
| | 07/17/2023 | $2,217.82 | 912,985 | | 08/14/2023 | $2,217.82 | 914,503 |
| | 10/16/2023 | $2,217.82 | 917,494 | | 11/13/2023 | $1,635.81 | 918,911 |
| SYNCHRONY BANK BY AIS INFOSOURCE LP | | | | | | | |
| | 11/13/2023 | $72.07 | 918,978 | | 12/11/2023 | $270.22 | 920,398 |
| | 01/08/2024 | $540.44 | 921,781 | | 02/12/2024 | $270.22 | 923,119 |
| | 03/11/2024 | $270.22 | 924,582 | | 04/15/2024 | $270.22 | 925,999 |
| | 05/10/2024 | $270.22 | 927,490 | | 06/17/2024 | $270.21 | 928,874 |
| | 07/15/2024 | $270.23 | 930,357 | | 08/19/2024 | $558.06 | 931,753 |
| | 10/21/2024 | $279.04 | 934,600 | | 11/18/2024 | $555.13 | 936,078 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 12/11/2023 | $5.74 | 920,215 | | 01/08/2024 | $9.05 | 921,617 |
| | 03/11/2024 | $9.06 | 924,409 | | 05/10/2024 | $9.05 | 927,317 |
| | 07/15/2024 | $9.06 | 930,191 | | 08/19/2024 | $9.35 | 931,589 |
| | 11/18/2024 | $13.97 | 935,923 | | | | |
| WELLS FARGO BANK NA | | | | | | | |
| | 11/13/2023 | $26.81 | 919,959 | | 12/11/2023 | $100.54 | 921,359 |
| | 01/08/2024 | $201.08 | 922,705 | | 02/12/2024 | $100.54 | 924,147 |
| | 03/11/2024 | $100.54 | 925,562 | | 04/15/2024 | $100.54 | 927,069 |
| | 05/10/2024 | $100.54 | 928,442 | | 06/17/2024 | $100.54 | 929,959 |
| | 07/15/2024 | $100.53 | 931,328 | | 08/19/2024 | $207.63 | 932,838 |
| | 10/21/2024 | $103.82 | 935,702 | | 11/18/2024 | $206.54 | 937,102 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,759.58 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,023.00 | 100.00% | 3,023.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | BANK OF AMERICA | UNSECURED | 23,297.15 | 100.00% | 10,390.92 | 12,906.23 |
| 0003 | BANK OF AMERICA | UNSECURED | 13,520.15 | 100.00% | 6,030.21 | 7,489.94 |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,753.68 | 100.00% | 2,120.23 | 2,633.45 |
| 0005 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | CAPITAL ONE BANK, (USA), N.A. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | LVNV FUNDING LLC | UNSECURED | 773.82 | 100.00% | 345.13 | 428.69 |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 125.70 | 100.00% | 52.36 | 73.34 |
| 0009 | FIRST PREMIER BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | HOME DEPOT/CBNA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | JPMORGAN CHASE BANK NA | UNSECURED | 2,051.76 | 100.00% | 915.12 | 1,136.64 |
| 0012 | CITIBANK NA | UNSECURED | 5,237.64 | 100.00% | 2,336.08 | 2,901.56 |
| 0013 | MERCEDES-BENZ CREDIT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | OKLAHOMA STUDENT LOAN AUTHORITY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | ROCKET MORTGAGE LLC | MORTGAGE ARRE | 16,450.25 | 100.00% | 16,450.25 | 0.00 |
| 0016 | SUMMIT MEDICAL GROUP | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | LVNV FUNDING LLC | UNSECURED | 441.12 | 100.00% | 196.75 | 244.37 |
| 0018 | SYNCHRONY BANK BY AIS INFOSOURCE | UNSECURED | 9,354.74 | 100.00% | 4,172.37 | 5,182.37 |
| 0019 | TRUDY M. BURKE, D.M.D. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | TRUIST BANK | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | US DEPARTMENT OF HOUSING AND URB | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0023 | WELLS FARGO BANK NA | UNSECURED | 3,480.54 | 100.00% | 1,552.38 | 1,928.16 |
| 0026 | AFFINITY FEDERAL CREDIT UNION | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | BANK OF AMERICA, N.A./AMERICAN EXI | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 4,324.33 | 100.00% | 1,928.72 | 2,395.61 |
| 0029 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,132.26 | 100.00% | 1,397.04 | 1,735.22 |

**Chapter 13 Case # 22-19548**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0030 | CITIBANK NA | UNSECURED | 4,897.22 | 100.00% | 2,184.25 | 2,712.97 |
| 0031 | AIDVANTAGE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0032 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 156.74 | 100.00% | 65.28 | 91.46 |

**Total Paid: $56,919.67**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2025.

Receipts: $56,928.00    -    Paid to Claims: $50,137.09    -    Admin Costs Paid: $6,782.58    =    Funds on Hand: $8.33

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.