| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>ANN MARIE WILLIAMS<br>QUINCY MARCUS WILLIAMS | Case No.:  22-19548<br><br>Adv. No.:<br><br>Hearing Date:  05/07/2025<br><br>Judge:  RG |

## CERTIFICATION OF SERVICE

1. I, Sheila Alvarado, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 04/07/2025, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtors:
ANN MARIE WILLIAMS
QUINCY MARCUS WILLIAMS
153 SOUTH GROVE STREET
EAST ORANGE, NJ  07018
Mode of Service:  Regular Mail

---

Attorney for Debtor(s):
JOHN A. LIPOWSKI, ESQ.
60 WASHINGTON STREET
PO BOX 204
MORRISTOWN, NJ  07963-0204
Mode of Service:  ECF and/or Regular Mail

---

Dated:  April 07, 2025

By:  /S/  Sheila Alvarado
     Sheila Alvarado