| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>   ANN MARIE WILLIAMS<br>   QUINCY MARCUS WILLIAMS |

Order Filed on May 9, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  22-19548 MEH

Hearing Date:  5/7/2025

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 9, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor(s): ANN MARIE WILLIAMS
QUINCY MARCUS WILLIAMS

Case No.: 22-19548

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 05/07/2025 on notice to JOHN A. LIPOWSKI, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $3,163.00 starting on 5/1/2025 for 3 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $2,372.00 starting on 8/1/2025 for the remaining 29 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.