UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

JOHN A. LIPOWSKI, ESQ. (JAL-5713)
60 Washington Street
PO Box 204
Morristown, NJ 07963-0204
(973) 540-9127
(973) 540-9128 (fax)
jal1001@aol.com

In Re:

Ann Marie WILLIAMS and Marcus Quincy WILLIAMS,

Debtors

Order Filed on May 27, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-19548
Chapter: 13
Judge: MEH

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 27, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ John A. Lipowski, Esq. _____, the applicant, is allowed a fee of $ _____ 480.00 _____ for services rendered and expenses in the amount of $ _____ n/a _____ for a total of $ _____ 480.00 _____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ n/a _____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*