Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−19548−TBA
Chapter: 13
Judge: MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ann Marie WILLIAMS
153 South Grove Street
East Orange, NJ 07018

Quincy Marcus WILLIAMS
153 South Grove Street
East Orange, NJ 07018

Social Security No.:
xxx−xx−4450

xxx−xx−8151

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/3/25 at 10:00 AM

to consider and act upon the following:

*37* − Motion for Relief from Stay re: re: 153 South Grove Street, East Orange, NJ, 07018. Fee Amount $ 199. Filed by Denise E. Carlon on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.. Hearing scheduled for 9/10/2025 at 09:00 AM, MEH − Courtroom 2, Trenton. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Certification # 3 Proposed Order # 4 Note # 5 Loan Modification # 6 Mortgage # 7 Assignment of Mortgage # 8 Certificate of Service) (Carlon, Denise) INCORRECT HEARING DATE AND LOCATION SET. Modified on 7/30/2025 (car).

Dated: 7/30/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court