| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>JOHN A. LIPOWSKI  (JAL-5713)<br>60 Washington Street<br>PO Box 204<br>Morristown, NJ 07963-0204<br>(973) 540-9127<br>(973) 540-9128 (fax)<br>jal1001@aol.com | Order Filed on November 5, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Ann Marie WILLIAMS and Quincy Marcus WILLIAMS,<br><br>                          Debtors | Case No.:  22-19548<br><br>Chapter:  13<br><br>Hearing Date: November 5, 2025 at 10:00 a.m.<br><br>Judge:  TBA |

## ORDER APPROVING NUNC PRO TUNC PARTIAL CLAIM MORTGAGE ON PROPERTY LOCATED AT 153 SOUTH GROVE STREET, EAST ORANGE, NEW JERSEY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED:

**DATED: November 5, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Ann Marie WILLIAMS and Quincy Marcus WILLIAMS

Case no. 22-19548

Caption: **ORDER APPROVING NUNC PRO TUNC PARTIAL CLAIM MORTGAGE ON PROPERTY LOCATED AT 153 SOUTH GROVE STREET, EAST ORANGE, NEW JERSEY**

This matter being opened to the Court by John A. Lipowski, attorney for the debtors, Ann Marie Williams and Quincy Marcus Williams, on a Motion to Approve Nunc Pro Tunc Partial Claim Mortgage on Property Located at 153 South Grove Street, East Orange, New Jersey, and the Court having considered the pleadings in this matter, and for good cause shown, it is:

**ORDERED**, that the Partial Claim Mortgage on Property Located at 153 South Grove Street, East Orange, New Jersey is hereby Approved Nunc Pro Tunc;

**AND IT IS FURTHER ORDERED,** that a copy of this Order be served on the Chapter 13 Trustee and any other party who entered an appearance on this Motion.