12496 UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JOHN A. LIPOWSKI  (JAL-5713)
60 Washington Street
PO Box 204
Morristown, NJ 07963-0204
(973) 540-9127
(973) 540-9128 (fax)
jal1001@aol.com

In Re:

Ann Marie WILLIAMS and Quincy Marcus WILLIAMS,

                      Debtors

Order Filed on November 5, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    22-19548

Chapter:     13

Hearing Date: November 5, 2025 at 10:00 a.m.

Judge:       TBA

## ORDER APPROVING NUNC PRO TUNC PARTIAL CLAIM MORTGAGE ON PROPERTY LOCATED AT 153 SOUTH GROVE STREET, EAST ORANGE, NEW JERSEY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED:

**DATED: November 5, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Ann Marie WILLIAMS and Quincy Marcus WILLIAMS

Case no. 22-19548

Caption: **ORDER APPROVING NUNC PRO TUNC PARTIAL CLAIM MORTGAGE ON PROPERTY LOCATED AT 153 SOUTH GROVE STREET, EAST ORANGE, NEW JERSEY**

This matter being opened to the Court by John A. Lipowski, attorney for the debtors, Ann Marie Williams and Quincy Marcus Williams, on a Motion to Approve Nunc Pro Tunc Partial Claim Mortgage on Property Located at 153 South Grove Street, East Orange, New Jersey, and the Court having considered the pleadings in this matter, and for good cause shown, it is:

**ORDERED**, that the Partial Claim Mortgage on Property Located at 153 South Grove Street, East Orange, New Jersey is hereby Approved Nunc Pro Tunc;

**AND IT IS FURTHER ORDERED,** that a copy of this Order be served on the Chapter 13 Trustee and any other party who entered an appearance on this Motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                          Case No. 22-19548-TBA
Ann Marie WILLIAMS                                                         Chapter 13
Quincy Marcus WILLIAMS
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                                  User: admin                                Page 1 of 2
Date Rcvd: Nov 05, 2025                          Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ann Marie WILLIAMS, Quincy Marcus WILLIAMS, 153 South Grove Street, East Orange, NJ 07018-4161 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2025                                Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John A. Lipowski | on behalf of Joint Debtor Quincy Marcus WILLIAMS jal1001@aol.com |
| John A. Lipowski | on behalf of Debtor Ann Marie WILLIAMS jal1001@aol.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Nov 05, 2025     Form ID: pdf903     Total Noticed: 1
TOTAL: 5