Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−19548−TBA
Chapter: 13
Judge: MARK E HALL

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ann Marie WILLIAMS
153 South Grove Street
East Orange, NJ 07018

Quincy Marcus WILLIAMS
153 South Grove Street
East Orange, NJ 07018

Social Security No.:
xxx−xx−4450

xxx−xx−8151

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable MARK E HALL on:

Date:      12/17/25
Time:      10:00 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
John A. Lipowski, Debtor's Attorney

COMMISSION OR FEES
$1,400.00

EXPENSES
$14.64

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 13, 2025
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19548-TBA |
| Ann Marie WILLIAMS | Chapter 13 |
| Quincy Marcus WILLIAMS | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 13, 2025 | Form ID: 137 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ann Marie WILLIAMS, Quincy Marcus WILLIAMS, 153 South Grove Street, East Orange, NJ 07018-4161 |
| 519782133 | | Bank of America, N.A./American Express, PO Box 15025, Wilmington, DE 19886-5025 |
| 519782138 | + | Capital One Bank, (USA), N.A., Attn. Lyons, Doughty and Veldhuis, P.C., 136 Gaitheer Drive, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519782150 | + | Summit Medical Group, 1 Diamond Hill Road, Berkeley Heights, NJ 07922-2104 |
| 519782153 | + | Trudy M. Burke, D.M.D., 1949 Westfield Avenue, Scotch Plains, NJ 07076-1717 |
| 519782154 | + | Truist Bank, 2075 Pennington Road, Ewing, NJ 08618-1108 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2025 21:36:33 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519782130 | + | Email/Text: bankruptcycare@affinityfcu.com | Nov 13 2025 21:03:00 | Affinity Federal Credit Union, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 519782132 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 13 2025 21:02:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 519794107 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 13 2025 21:02:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519782135 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 13 2025 21:03:00 | Barclay's Bank Delaware/JetBlue, 100 South West Street, Wilmington, DE 19801-5015 |
| 519782137 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2025 21:24:12 | Capital One Bank (USA), N.A., Attn. Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519782139 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2025 21:12:40 | Citibank, N.A., PO Box 790110, Saint Louis, MO 63179-0110 |
| 519820779 | | Email/Text: bnc-quantum@quantum3group.com | Nov 13 2025 21:03:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519782140 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2025 21:13:52 | Citibank, N.A./Sears, PO Box 790110, Saint Louis, MO 63179-0110 |
| 519782145 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2025 21:13:18 | Macy's/Department Stores National Bank, Bankruptcy Processing, PO Box 8053, Mason, OH |

Case 22-19548-TBA    Doc 46    Filed 11/15/25    Entered 11/16/25 00:19:14    Desc Imaged
Certificate of Notice    Page 4 of 5

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 13, 2025 | Form ID: 137 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| | | | | 45040 |
| 519782141 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 13 2025 21:13:20 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 519782142 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2025 21:24:24 | Home Depot/CBNA, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519782144 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 13 2025 21:36:36 | JPMorgan Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 519798194 | + | Email/Text: RASEBN@raslg.com | Nov 13 2025 21:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519802404 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2025 21:13:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519782147 | + | Email/Text: FWBankruptcyTeam@mercedes-benz.com | Nov 13 2025 21:02:00 | Mercedes-Benz Credit, PO Box 685, Roanoke, TX 76262-0685 |
| 519782148 | | Email/Text: claims@hescloans.com | Nov 13 2025 21:02:00 | Oklahoma Student Loan Authority, 525 Central Park Drive, Suite 600, Oklahoma City, OK 73105 |
| 519791211 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Nov 13 2025 21:24:00 | OSLA on behalf of US Dept of ED Direct Loans, OSLA Student Loan Servicing, P.O. Box 18475, Oklahoma City, OK 73154-0475 |
| 519828228 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2025 21:13:41 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519833571 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2025 21:36:29 | Portfolio Recovery Associates, LLC, c/o Citibank, N.a., POB 41067, Norfolk VA 23541 |
| 519903053 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2025 21:24:29 | Portfolio Recovery Associates, LLC, c/o JET BLUE, POB 41067, Norfolk, VA 23541 |
| 519833568 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2025 21:37:04 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519782149 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 13 2025 21:04:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519811162 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Nov 13 2025 21:04:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519832994 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 13 2025 21:13:18 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519783289 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2025 21:13:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519782151 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2025 21:12:28 | Synchrony Bank/Amazon, Attn. Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 519782152 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 13 2025 21:24:19 | Synchrony Bank/Old Navy, Attn. Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 519830084 | + | Email/Text: bankruptcy@bbandt.com | Nov 13 2025 21:03:00 | Truist Bank, Attn: Support Services, P.O. Box 85092 Mail Code 306-40-06-10, Richmond, VA 23286-0001 |
| 519782155 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 13 2025 21:24:08 | U.S. Department of Housing and Urban Dev, 451 7th Street S.W., Washington, DC 20410-0002 |
| 519784070 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 13 2025 21:24:08 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519821990 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 13 2025 21:13:22 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519821856 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Nov 13 2025 21:13:37 | Wells Fargo Bank, N.A., PO Box 10438, MAC |

| Recip ID | | | Name and Address |
|---|---|---|---|
| 519782156 | | + Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com Nov 13 2025 21:13:37 | F8235-02F, Des Moines, IA 50306-0438 Wells Fargo Card Services/Dillards, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 36

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519782131 | *+ | Affinity Federal Credit Union, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 519782134 | * | Bank of America, N.A./American Express, PO Box 15025, Wilmington, DE 19886-5025 |
| 519782136 | *+ | Barclay's Bank Delaware/JetBlue, 100 South West Street, Wilmington, DE 19801-5015 |
| 519782146 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's/Department Stores National Bank, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 519782143 | *+ | Home Depot/CBNA, PO Box 790328, Saint Louis, MO 63179-0328 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2025     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John A. Lipowski | on behalf of Joint Debtor Quincy Marcus WILLIAMS jal1001@aol.com |
| John A. Lipowski | on behalf of Debtor Ann Marie WILLIAMS jal1001@aol.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5