UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Ann Marie WILLIAMS and Quincy Marcus WILLIAMS,

Debtors

Case No.:   22-19548

Chapter:   13

Judge:   MEH

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Ann Marie WILLIAMS _____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: May 8, 2026 _____

_____
Debtor's Signature

IMPORTANT:

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.

*rev.8/1/18*