UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Ann Marie WILLIAMS and Quincy Marcus
WILLIAMS,

Debtors

Case No.:    22-19548

Chapter:    13

Judge:    MEH

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Quincy Marcus WILLIAMS                          , debtor in this case, certify as
follows:

1.  All payments required to be made by me under my plan have been made and are paid
    in full.

2.  ☒ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts

    payable under court order or statute that were due on or before the date of this

    certification.

I certify under penalty of perjury that the above is true.

Date: May 11, 2026

Debtor's Signature

IMPORTANT:

*   Each debtor in a joint case must file a separate Certification in Support of Discharge.
*   A discharge will not be entered for a debtor who fails to file a completed Certification in
    Support of Discharge.