Form ntcfncurv – ntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22–19548–MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ann Marie WILLIAMS
153 South Grove Street
East Orange, NJ 07018

Quincy Marcus WILLIAMS
153 South Grove Street
East Orange, NJ 07018

Social Security No.:
xxx–xx–4450

xxx–xx–8151

Employer's Tax I.D. No.:

## NOTICE OF RESPONSE TO TRUSTEE'S
## NOTICE OF DISBURSEMENTS MADE

   TO: Ann Marie WILLIAMS and Quincy Marcus WILLIAMS
        Debtor(s)

   You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: June 3, 2026
JAN: dlr

Jeanne Naughton, Clerk