**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ann Marie WILLIAMS | Social Security number or ITIN   xxx–xx–4450 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Quincy Marcus WILLIAMS | Social Security number or ITIN   xxx–xx–8151 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   22–19548–MEH

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ann Marie WILLIAMS                    Quincy Marcus WILLIAMS


6/8/26                    **By the court:** <u>Mark Edward Hall</u>
                                 United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W **Chapter 13 Discharge** page 2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19548-MEH |
| Ann Marie WILLIAMS | Chapter 13 |
| Quincy Marcus WILLIAMS | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 08, 2026 | Form ID: 3180W | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ann Marie WILLIAMS, Quincy Marcus WILLIAMS, 153 South Grove Street, East Orange, NJ 07018-4161 |
| 519782133 | | Bank of America, N.A./American Express, PO Box 15025, Wilmington, DE 19886-5025 |
| 519782138 | + | Capital One Bank, (USA), N.A., Attn. Lyons, Doughty and Veldhuis, P.C., 136 Gaitheer Drive, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519782150 | + | Summit Medical Group, 1 Diamond Hill Road, Berkeley Heights, NJ 07922-2104 |
| 519782153 | + | Trudy M. Burke, D.M.D., 1949 Westfield Avenue, Scotch Plains, NJ 07076-1717 |
| 519782154 | + | Truist Bank, 2075 Pennington Road, Ewing, NJ 08618-1108 |
| 519782155 | + | U.S. Department of Housing and Urban Dev, 451 7th Street S.W., Washington, DC 20410-0002 |
| 519784070 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 08 2026 21:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 08 2026 21:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Jun 09 2026 01:27:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519782130 | + | Email/Text: bankruptcycare@affinityfcu.com | Jun 08 2026 21:49:00 | Affinity Federal Credit Union, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 519782132 | | EDI: BANKAMER | Jun 09 2026 01:27:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 519794107 | | EDI: BANKAMER | Jun 09 2026 01:27:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519782135 | + | EDI: TSYS2 | Jun 09 2026 01:27:00 | Barclay's Bank Delaware/JetBlue, 100 South West Street, Wilmington, DE 19801-5015 |
| 519782137 | | EDI: CAPITALONE.COM | Jun 09 2026 01:27:00 | Capital One Bank (USA), N.A., Attn. Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519782139 | | EDI: CITICORP | Jun 09 2026 01:27:00 | Citibank, N.A., PO Box 790110, Saint Louis, MO 63179-0110 |
| 519820779 | | EDI: Q3G.COM | Jun 09 2026 01:27:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519782140 | | EDI: CITICORP | Jun 09 2026 01:27:00 | Citibank, N.A./Sears, PO Box 790110, Saint Louis, MO 63179-0110 |

District/off: 0312-2                              User: admin                                    Page 2 of 3

Date Rcvd: Jun 08, 2026                          Form ID: 3180W                                  Total Noticed: 42

| 519782145 | | EDI: CITICORP | Jun 09 2026 01:27:00 | Macy's/Department Stores National Bank, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
|---|---|---|---|---|
| 519782141 | | EDI: AMINFOFP.COM | Jun 09 2026 01:33:00 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 519782142 | + | EDI: CITICORP | Jun 09 2026 01:27:00 | Home Depot/CBNA, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519782144 | | EDI: JPMORGANCHASE | Jun 09 2026 01:27:00 | JPMorgan Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 519798194 | + | Email/Text: RASEBN@raslg.com | Jun 08 2026 21:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519802404 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2026 22:02:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519782147 | + | EDI: MERCEDES | Jun 09 2026 01:27:00 | Mercedes-Benz Credit, PO Box 685, Roanoke, TX 76262-0685 |
| 519782148 | | Email/Text: claims@hescloans.com | Jun 08 2026 21:49:00 | Oklahoma Student Loan Authority, 525 Central Park Drive, Suite 600, Oklahoma City, OK 73105 |
| 519791211 | + | EDI: MAXMSAIDV | Jun 09 2026 01:27:00 | OSLA on behalf of US Dept of ED Direct Loans, OSLA Student Loan Servicing, P.O. Box 18475, Oklahoma City, OK 73154-0475 |
| 519828228 | | EDI: PRA.COM | Jun 09 2026 01:27:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519833571 | | EDI: PRA.COM | Jun 09 2026 01:27:00 | Portfolio Recovery Associates, LLC, c/o Citibank, N.a., POB 41067, Norfolk VA 23541 |
| 519903053 | | EDI: PRA.COM | Jun 09 2026 01:27:00 | Portfolio Recovery Associates, LLC, c/o JET BLUE, POB 41067, Norfolk, VA 23541 |
| 519833568 | | EDI: PRA.COM | Jun 09 2026 01:27:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519782149 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 08 2026 21:50:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519811162 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 08 2026 21:50:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519832994 | + | EDI: AIS.COM | Jun 09 2026 01:33:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519783289 | + | EDI: PRA.COM | Jun 09 2026 01:27:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519782151 | | EDI: SYNC | Jun 09 2026 01:27:00 | Synchrony Bank/Amazon, Attn. Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 519782152 | | EDI: SYNC | Jun 09 2026 01:27:00 | Synchrony Bank/Old Navy, Attn. Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 519830084 | + | Email/Text: bankruptcy@bbandt.com | Jun 08 2026 21:49:00 | Truist Bank, Attn: Support Services, P.O. Box 85092 Mail Code 306-40-06-10, Richmond, VA 23286-0001 |
| 519821990 | + | EDI: AIS.COM | Jun 09 2026 01:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519821856 | | EDI: WFCCSBK | Jun 09 2026 01:27:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519782156 | + | EDI: WFCCSBK | Jun 09 2026 01:27:00 | Wells Fargo Card Services/Dillards, PO Box 10347, Des Moines, IA 50306-0347 |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 08, 2026 | Form ID: 3180W | Total Noticed: 42 |
| TOTAL: 34 | | |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519782131 | *+ | Affinity Federal Credit Union, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 519782134 | * | Bank of America, N.A./American Express, PO Box 15025, Wilmington, DE 19886-5025 |
| 519782136 | *+ | Barclay's Bank Delaware/JetBlue, 100 South West Street, Wilmington, DE 19801-5015 |
| 519782146 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's/Department Stores National Bank, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 519782143 | *+ | Home Depot/CBNA, PO Box 790328, Saint Louis, MO 63179-0328 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John A. Lipowski | on behalf of Joint Debtor Quincy Marcus WILLIAMS jal1001@aol.com |
| John A. Lipowski | on behalf of Debtor Ann Marie WILLIAMS jal1001@aol.com |
| Laura M. Egerman | on behalf of Creditor Rocket Mortgage  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7