Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22–19548–MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ann Marie WILLIAMS
153 South Grove Street
East Orange, NJ 07018

Quincy Marcus WILLIAMS
153 South Grove Street
East Orange, NJ 07018

Social Security No.:
xxx–xx–4450

xxx–xx–8151

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie–Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 14, 2026</u>

<u>Mark Edward Hall</u>
Judge, United States Bankruptcy Court